IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3016 |
| | ) | |
| v. | ) | |
| | ) | |
| ARMANDO GARCIA-DELACRUZ, | ) | ORDER ON MOTION FOR EXTENSION |
| | ) | OF TIME TO FILE NOTICE OF APPEAL |
| Defendants. | ) | |
| | ) | |

The Motion for Extension of Time to File Notice of Appeal, ECF filing 237, is granted. Good cause is shown in the motion. A notice of appeal may be filed on or before October 31, 2011.

Dated October 20, 2011.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge