IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:06CR3016 |
| | ) | |
| v. | ) | |
| | ) | |
| ARMANDO GARCIA-DELACRUZ, | ) | ORDER GRANTING IN FORMA |
| | ) | PAUPERIS STATUS ON APPEAL |
| Defendants. | ) | |
| | ) | |

    IT IS ORDERED that the defendant, Armando Garcia-Delacruz, is permitted to proceed on appeal in forma pauerpis.

    Dated October 31, 2011.

                                BY THE COURT

                                s/ Warren K. Urbom
                                United States Senior District Judge